

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00298-CR

LARRY CHARLES PERRY                                                APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

### FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY
### TRIAL COURT NO. 58,250-A

----------

## MEMORANDUM OPINION[1]

----------

Appellant Larry Charles Perry attempts to appeal a judgment convicting him of evading arrest or detention using a vehicle. On July 12, 2018, we notified Perry of our concern that we lack jurisdiction over this appeal because the notice of appeal was not timely filed. Perry's sentence was imposed on March 1, 2018, and a motion for new trial was filed on March 12, 2018; therefore, Perry's notice

---

[1]*See* Tex. R. App. P. 47.4.

of appeal was due by May 30, 2018, but was not filed until June 26, 2018. *See* Tex. R. App. P. 26.2(a)(2). We informed Perry that this appeal would be dismissed for want of jurisdiction unless he or any party desiring to continue the appeal filed a response by July 23, 2018, showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. We have received no response. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) ("A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction.").

PER CURIAM

PANEL: MEIER, GABRIEL, and KERR, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 16, 2018